CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 01 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONNIE WAYNE SENSABAUGH, ) | Civil Action No. 7:10-cv-00482 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| CHARLES I. POFF, et al., ) | By: Hon. James C. Turk | |
| Defendants. ) | Senior United States District Judge | |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that plaintiff is **GRANTED** leave to proceed in forma pauperis; the complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1); plaintiff's motion to appoint counsel is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This １st day of November, 2010.

_____
Senior United States District Judge